IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01451-LTB-BNB

DANIEL W. DAUWE,

Plaintiff,

v.

HONORABLE G. DAVID MILLER, in his capacity as District Judge in the Fourth Judicial District of Colorado,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Reconsider Denial of Hearing** [docket no. 22, filed December 10, 2007] (the "Motion").

      IT IS ORDERED that the Motion is DENIED.


DATED:  December 14, 2007