**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 07-cv-01451-LTB-KMT

DANIEL W. DAUWE,

    Plaintiff,

v.

HONORABLE G. DAVID MILLER, in his capacity as District Judge in the Fourth Judicial District of Colorado,

    Defendant.
_____

**ORDER**
_____

This case is before me on the Recommendation of the Magistrate Judge issued and served on February 29, 2008 (Doc 26) that Plaintiff's Motion for Injunctive Relief be denied as moot. Plaintiff has filed his "Response to Magistrate Judge's Recommendation" timely. While the response arguably lacks the requisite specificity for *de novo* review, I nevertheless review the Magistrate Judge's recommendation in this case *de novo*. On *de novo* review, I conclude that the Magistrate Judge's recommendation is correct. Accordingly

IT IS ORDERED that Plaintiff's Motion for Injunctive Relief (Doc 6) is DENIED AS MOOT.

                                  BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Judge

DATED: March 12, 2008