IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-01451-LTB-KMT

DANIEL W. DAUWE,

    Plaintiff,

v.

HONORABLE G. DAVID MILLER, in his capacity as District Judge in the Fourth Judicial District of Colorado,

    Defendant.

___

**ORDER**
___

This case is before me on the Recommendation of the Magistrate Judge that Defendant's Motion to Dismiss (Doc 14) be granted pursuant to Fed.R.Civ.P. 12(b)(1) for lack of jurisdiction over the subject matter based upon the Younger abstention doctrine and the Rooker-Feldman doctrine. Plaintiff has filed timely written objections to the Magistrate Judge's recommendation. Defendant has responded to the Plaintiff's objections. I have therefore reviewed the recommendation *de novo*. On *de novo* review, I conclude that the Magistrate Judge's recommendation is correct but that dismissal without prejudice is appropriate. Accordingly

IT IS ORDERED that the Defendant's Motion to Dismiss (Doc 14) is GRANTED and the above action is DISMISSED WITHOUT PREJUDICE.

                        BY THE COURT:

                        s/Lewis T. Babcock
                        Lewis T. Babcock, Judge

DATED: September 22, 2008